**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                                          3:06cr78/RV

**JOHN F. SIMS**
_____/

### ORDER

On September 11, 2006, a status conference was held before the undersigned United States District Judge.  Assistant U.S. Attorney Vicki Davis was present for the Government and Assistant Federal Public Defender, Kafahni Nkrumah was present for the defendant. At the conference, it was agreed that the Government would seek to have the defendant accepted into the Pretrial Diversion Program in the Southern District of Alabama and would notify the Court upon the defendant's acceptance into that program.

The Court has been informed that the defendant has been accepted into the Pretrial Diversion Program (doc. 25) and has executed an Agreement for Pretrial Diversion.  The Agreement sets forth that prosecution will be deferred for a period of twelve months if the conditions of the participation in the Program are met.  The Agreement also sets forth that defendant acknowledged that the delay of trial was at his request by execution waived his right to a speedy trial.  Therefore, the Court finds that the period of time during which prosecution is deferred is excludable pursuant to 18 U.S.C. § 3161(h)(2).  Accordingly, this

action is **CONTINUED INDEFINITELY** and the Government is **ORDERED** to notify the Court upon defendant's completion of the program.

Since the substantive matters for the Court to deal with have apparently now been resolved, the Clerk is directed to close this case.  The Court retains jurisdiction for a period of four years to re-open the case for further proceedings upon motion of either side.

DONE and ORDERED this 23rd  day of October, 2006.


/s/ *Roger Vinson*
ROGER VINSON
Senior United States District Judge