**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                                                        CASE NO. 3:06cr78-01/RV

JOHN F. SIMS

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   September 20, 2007
Motion/Pleadings:   Motion to Dismiss Indictment due to completion of Pretrial Diversion Program without prejudice
Filed by   United States   on 9/20/2007   Doc.#   27
RESPONSES:
                                                    on   Doc.#
                                                    on   Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed    ____ Consented

                                                   WILLIAM M. McCOOL, CLERK OF COURT

                                                   s/Jerry Marbut
LC (1 OR 2)                                    Deputy Clerk: Jerry Marbut

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   24th  day of  September  , 2007, that:*

*(a) The relief requested is GRANTED.*
*(b) The indictment is DISMISSED, without prejudice.*

                                                 /s/  *Roger Vinson*
                                                 *ROGER VINSON*
                                   *Senior United States District Judge*